IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:   Charles J Reeves, | : |
|              Debtor | : Bankruptcy No. 15-23886-cmb |
| | : Chapter 13 |
| Charles J Reeves, | : |
|              Movant | : Related to Document No. 36 |
| vs. | : |
| | : |
| Ronda J. Winnecour, Chapter 13 Trustee, | : |
|              Respondent | : |

## ORDER OF COURT

And now, this  24th  day of  July , 2018      upon Debtor's Motion for Approval of Vehicle Loan, it is hereby ORDERED and ADJUDGED, that Debtor shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $450 per month.

Debtor agrees to file an Amended Chapter 13 Plan within fifteen days of closing and to file a Notice of Financing with the Court.

Debtors agree that the said automobile loan shall not be modified during the bankruptcy case, and specifically, not be subject to a Section 506 cram-down action.

_Carlota M. Böhm_
                                                                                           J.                kmt

CONSENTED TO:

/s/Jana Pail
Jana Pail, Esquire; PA#88910
Office of the Chapter 13 Trustee
3250 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

FILED
7/24/18 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Shawn N. Wright

Shawn N. Wright, Esquire
Counsel for Debtor; PA # 64103
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
shawn@shawnwrightlaw.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charles J. Reeves  
     Debtor

Case No. 15-23886-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: kthe     Page 1 of 1     Date Rcvd: Jul 24, 2018  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.  
db            +Charles J. Reeves,    1205 Marvista Street,    Pittsburgh, PA 15212-2955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:  
            James Warmbrodt     on behalf of Creditor     Ditech Financial LLC bkgroup@kmllawgroup.com  
            Jeffrey R. Hunt     on behalf of Creditor     Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
             cnoroski@grblaw.com  
            Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
            Peter J. Ashcroft     on behalf of Creditor     Duquesne Light Company pashcroft@bernsteinlaw.com,  
             ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
            Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
            S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
            Shawn N. Wright     on behalf of Debtor Charles J. Reeves shawn@shawnwrightlaw.com,  
             wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com  
                                                                                         TOTAL: 7