## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | CHARLES J. REEVES |
| **Case Number:** | 15-23886-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 11, 2018  11:30 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/11/18 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#51 - Amended Plan Dated: 8/7/2018 (FC)
[TRUSTEE: THE AMD PLAN WAS NOT SERVED ALONG WITH THE OSDC ON AMD PLAN ]
R / M #:  51 / 0

### Appearances:

Debtor: Bordelski

Trustee: Winnecour / Pail / Katz / DeSimone

Creditor:

*Handwritten note:* Amended plan dated 8/7/18 never served. Con't for service

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  12/6/18  at  9:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/3/2018    4:07:30PM