UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              :   Bk No.: 15-23886
Charles J. Reeves,   Debtor         :   Chapter 13
                                    :   Conciliation: 12/6/2018
                                    :   at 9:30 am
```

**CERTIFICATE OF SERVICE OF AMENDED PLAN AND NOTICE OF MODIFICATION TO CONFIRMED PLAN AND ORDER SETTING DATES CERTAIN**

     I, the undersigned, certify that I served or caused to be served, on October 20, 2018 a copy of the above pleadings upon each of the following persons and parties in interest at the addresses shown below:

**Method of Service: United States First Class Mail:**

Bridgecrest
7300 E Hampton Ave #101,
Mesa, AZ 85209


Dept Of Ed/Navient
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773

Ditech
Attention: Bankruptcy Dept
Po Box 6154
Rapid City, SD 57709

Duquesne Light
c/o Bernstein Law Office
707 Gulf Tower, Suite 2200
Pittsburgh, PA 15219

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

GM Financial
PO Box 181145
Arlington, TX 76096

Merrick Bank
Po Box 9201
Old Bethpage, NY 11804

Midland Funding
2365 Northside Dri
San Diego, CA 92108

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541

Sprint Nextel Corporation
Attn: Bankruptcy Department
PO Box 172408
Denver, CO 80217-9813

**Method of Service: (served electronically)**
Office of the United States Trustee
Office of the Chapter 13 Trustee, W.D. Pa.
                                      Attorney for Debtor

                                      /s/Shawn N. Wright
                                      Shawn N. Wright, Esquire
                                      7240 McKnight Road
                                      Pittsburgh, PA 15237
                                      (412) 920-6565
                                      Pa. I.D. No. 64103
                                      shawn@shawnwrightlaw.com