# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |  |
|---|---|---|
| **Debtor:** | CHARLES J. REEVES | |
| **Case Number:** | 15-23886-CMB | **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 06, 2018 09:30 AM  3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | |

FILED
12/6/18 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#51 - Continued Confirmation of Plan Dated 8/7/2018 (FC)
#56 - Certificate of Service
R / M #:  51 / 0

### *Appearances:*

Debtor:  *Rasmussen*
Trustee:  Winnecour  /  Pail  /  Katz  /  (DeSimone)

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. \_\_\_✓\_\_\_ Plan/Motion continued to  *3 - 7 - 19*  at  *9:00* .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/30/2018  3:35:20PM