**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/14/2020

IN RE:

CHARLES J. REEVES
1205 MARVISTA STREET
PITTSBURGH, PA 15212
XXX-XX-2503         Debtor(s)

Case No.15-23886 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/14/2020

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**DUQUESNE LIGHT COMPANY*** 
ATTN: TARA R PFEITER, LITIGATION COUNSEL 
411 7TH AVE 
MAIL DROP 16-1 
PITTSBURGH, PA  15219

Trustee Claim Number: 1    INT %: 0.00% 
Court Claim Number: 9 

CLAIM: 256.37 
COMMENT: NTC ONLY~NT/SCH

CRED DESC: UNSECURED CREDITOR 
ACCOUNT NO.: 2503

---

**CAPITAL ONE AUTO FINANCE**** 
C/O AIS PORTFOLIO SERVICES LP 
PO BOX 4360 
HOUSTON, TX  77210-4360

Trustee Claim Number: 2    INT %: 0.00% 
Court Claim Number: 4 

CLAIM: 0.00 
COMMENT: SURR/CONF*NT PROV/PL*NTC ONLY~NT/SCH*CL=2092.15

CRED DESC: VEHICLE 
ACCOUNT NO.: 1435

---

**PEOPLES NATURAL GAS CO LLC*** 
ATTN BANKRUPTCY DEPARTMENT 
375 NORTH SHORE DR 
PITTSBURGH, PA  15212

Trustee Claim Number: 3    INT %: 0.00% 
Court Claim Number: 

CLAIM: 0.00 
COMMENT: /PRAE

CRED DESC: NOTICE ONLY 
ACCOUNT NO.:

---

**CHALET PROPERTIES III LLC** 
C/O BSI FINANCIAL SERVICES INC(*) 
LOCKBOX NUMBER 679002 
DALLAS, TX  75267-9002

Trustee Claim Number: 4    INT %: 0.00% 
Court Claim Number: 2 

CLAIM: 0.00 
COMMENT: PMT/DECLAR*428/PL*DKT4PMT-LMT*BGN 11/15*1ST*FR DITECH-DOC 57

CRED DESC: MORTGAGE REGULAR PAYMEN 
ACCOUNT NO.: 6148

---

**AMERICREDIT FINANCIAL SVCS INC DBA GM FI** 
PO BOX 183853 
ARLINGTON, TX  76096

Trustee Claim Number: 5    INT %: 0.00% 
Court Claim Number: 3 

CLAIM: 12,440.07 
COMMENT: PMTS RATIFIED/CONF*NO FURTHER PMTS/CONF*DK*RMVD/PAP*CL=16846.63

CRED DESC: VEHICLE 
ACCOUNT NO.: 6567

---

**CAVALRY SPV I LLC - ASSIGNEE(*)** 
C/O CAVALRY PORTFOLIO SERVICES LLC* 
PO BOX 27288 
TEMPE, AZ  85282

Trustee Claim Number: 6    INT %: 0.00% 
Court Claim Number: 1 

CLAIM: 869.25 
COMMENT: HSBC/BEST BUY*STALE

CRED DESC: UNSECURED CREDITOR 
ACCOUNT NO.: 4056

---

**CREDIT COLLECTION SERVICE** 
POB 773 
NEEDHAM, MA  02494

Trustee Claim Number: 7    INT %: 0.00% 
Court Claim Number: 

CLAIM: 0.00 
COMMENT: PROGRESSIVE INS/SCH

CRED DESC: UNSECURED CREDITOR 
ACCOUNT NO.: 0247

---

**NAVIENT SOLUTIONS LLC O/B/O THE DEPT OF** 
C/O US DEPT OF EDUCATION SVCNG 
PO BOX 4450 
PORTLAND, OR  97208-4450

Trustee Claim Number: 8    INT %: 0.00% 
Court Claim Number: 8-2 

CLAIM: 8,239.84 
COMMENT: 9632156485E00200141002/SCH*AMD

CRED DESC: UNSECURED CREDITOR 
ACCOUNT NO.: 2503

---

**NAVIENT SOLUTIONS INC** 
PO BOX 9533 
WILKES-BARRE, PA  18773-9533

Trustee Claim Number: 9    INT %: 0.00% 
Court Claim Number: 

CLAIM: 0.00 
COMMENT: NT ADR~DEPT OF ED/SCH

CRED DESC: UNSECURED CREDITOR 
ACCOUNT NO.: 0225

---

**NAVIENT SOLUTIONS INC** 
PO BOX 9533 
WILKES-BARRE, PA  18773-9533

Trustee Claim Number: 10    INT %: 0.00% 
Court Claim Number: 

CLAIM: 0.00 
COMMENT: NT ADR~DEPT OF ED/SCH

CRED DESC: UNSECURED CREDITOR 
ACCOUNT NO.: 1002

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9533<br><br>WILKES-BARRE, PA 18773-9533 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DEPT OF ED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0225 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 451.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1655 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5079 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br><br>WARREN, MI 48090 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0009 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 41067<br><br>NORFOLK, VA 23541-1067 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: HSBC BANK NV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4712 |
| **SPRINT CORP(*)**<br>PO BOX 3326<br><br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,318.28<br>COMMENT: NO$~NUM/SCH*STMT THRU 11/12/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2503 |
| **CHALET PROPERTIES III LLC**<br>C/O BSI FINANCIAL SERVICES INC(*)<br>LOCKBOX NUMBER 679002<br>DALLAS, TX 75267-9002 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 3,372.83<br>COMMENT: CL2GOVS*$/CL-PL*THRU 10/15*1ST*FR DITECH-DOC 57 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6148 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>1200 PENN AVENUE<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number: 18  INT %: 10.00%<br>Court Claim Number: 7<br>CLAIM: 349.78<br>COMMENT: 22-B-150;14,15*CL7GOVS*397.40@10%/PL*NT/SCH*WNTS 10%*W/19 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: B150 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>1200 PENN AVENUE<br><br>PITTSBURGH, PA 15222 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 47.62<br>COMMENT: 22-B-150;14,15*NON%*CL7GOVS*397.40@10%/PL*NT/SCH*W/18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: B150 |
| **BRIDGECREST CREDIT COMPANY LLC**<br>PO BOX 29018<br><br>PHOENIX, AZ 85038 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/PL*447.09x(26+2)=LMT*BGN 9/18*DK | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4690 |