IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Charles J. Reeves ) | Case No.: 15-23886CMB |
| ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 1 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| Cavalry SPV I, LLC as assignee of HSBC ) | |
| Bank Nevada, N.A.\Best Buy ) | |
|     Respondent(s) ) | |

<u>NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING TRUSTEE'S OBJECTION TO CLAIM 1
TELEPHIC PROCEDURE EFFECTIVE MARCH 16, 2020</u>

TO THE RESPONDENT(S):

    You are hereby notified that the above Movant seeks an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than September 16, 2020, (i.e., thirty (30) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify it a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to your lawyer at once.

    A telephonic hearing will be held on October 7, 2020, at 10:00 a.m. before Judge Carlota Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intent to participate in the hearing shall appear <u>telephonically</u> and shall make arrangements as directed by Judge Bohm's <u>Modified Telephonic Procedures</u> at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance

Date of Service: 8/17/2020

/s/ Ronda J Winnecour
Ronda J Winnecour - PA I.D. #30399
Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com