IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>Charles J. Reeves<br><br>    Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br>    Movant,<br>    Vs.<br>Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A.\Best Buy<br>    Respondent(s) | Case No.: 15-23886CMB<br>Chapter 13<br><br>Related to Claim No. 1<br><br>Relate to: Document No. 69<br><br>**ENTERED BY DEFAULT** |

<u>ORDER OF COURT</u>

AND NOW, this __18th__ day of __September__, 2020, upon consideration of the Trustee's Objection to Claim No. 1 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 1 filed by the above captioned Respondent is disallowed in its entirety; and No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

*Carlota M. Böhm*    glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/18/20 10:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Charles J. Reeves  
     Debtor

Case No. 15-23886-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Sep 18, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.  
db          +Charles J. Reeves,    1205 Marvista Street,    Pittsburgh, PA 15212-2955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:

         Brian Nicholas    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,  
          cnoroski@grblaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         Shawn N. Wright    on behalf of Debtor Charles J. Reeves shawn@shawnwrightlaw.com,  
          wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com  
                                                                                                   TOTAL: 7