IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Charles J. Reeves )<br>  ) <br>  Debtor(s) )<br>_____ )<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>  Movant, )<br>    Vs. )<br>Cavalry SPV I, LLC as assignee of HSBC )<br>Bank Nevada, N.A.\Best Buy )<br>  Respondent(s) ) | Case No.: 15-23886CMB<br>Chapter 13<br><br><br><br>Related to Claim No. 1 |

### CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Court Order filed at Document number 74 upon the following, by regular United States mail, postage prepaid:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Shawn N Wright, Esq.
Law Office of Shawn N Wright
7240 McKnight Road
Pittsburgh, PA  15237

Cavalry SPV I, LLC
Attn: Leslie Baddoo
500 Summit Lake Drive, Ste. 400
Valhalla, NY  10595


9/21/2020                                             /s/Roberta Saunier

Date                                                   Administrative Assistant
                                                       Office of the Chapter 13 Trustee
                                                       US Steel Tower – Suite 3250
                                                       600 Grant Street
                                                       Pittsburgh, PA  15219
                                                       (412) 471-5566
                                                       cmecf@chapter13trusteewdpa.com