| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Charles J. Reeves** | Social Security number or ITIN   xxx–xx–2503 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **15–23886–CMB** | |

# Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Charles J. Reeves
aka Charles J. Reeves Jr.

2/8/21                                                                 **By the court:**     Carlota M. Bohm
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-23886-CMB
Charles J. Reeves     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 3
Date Rcvd: Feb 08, 2021     Form ID: 3180W     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles J. Reeves, 1205 Marvista Street, Pittsburgh, PA 15212-2955 |
| cr | + | BSI Financial Services as servicer for Chalet Prop, c/o Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway Suite 300, Dallas, Tx 75254-7883 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | U.S. Bank Trust National Association as Trustee of, c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 14951112 | + | Chalet Properties III, LLC, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 14127113 | + | Dept Of Ed/Navient, Attn: Claims Dept, Po Box 9400, Wilkes Barr, PA 18773-9400 |
| 14127114 | + | Ditech, Attention: Bankruptcy Dept, Po Box 6154, Rapid City, SD 57709-6154 |
| 14132577 | + | Ditech Financial LLC, PO BOX 6154, Rapid City, SD 57709-6154, Telephone 57709-6154 |
| 14179061 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15323449 | + | U.S. Bank Trust National Association as, Trustee of the Chalet Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 15323450 | + | U.S. Bank Trust National Association as, Trustee of the Cabana Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Feb 09 2021 04:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2021 03:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Feb 09 2021 04:18:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2021 03:00:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Feb 09 2021 04:18:00 | Capital One Auto Finance c/o AIS Portfolio Service, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Feb 09 2021 04:18:00 | Capital One Auto Finance c/o Ascension Capital Gro, P.O. Box 201347, Arlington, TX 76006-1347 |
| 14135445 | + | EDI: PHINAMERI.COM | Feb 09 2021 04:18:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14127111 | + | Email/Text: bankruptcy@cavps.com | Feb 09 2021 03:00:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 14135624 | + | EDI: AIS.COM | Feb 09 2021 04:18:00 | Capital One Auto Finance c/o AIS, Potfolio, LP |

Case 15-23886-CMB  Doc 96  Filed 02/10/21  Entered 02/11/21 00:40:52  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0315-2 | User: lfin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 3180W | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | f/k/a AIS Data Services, d/b/a Ascension Capital Group, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 14129159 | + | Email/Text: bankruptcy@cavps.com | Feb 09 2021 03:00:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14127112 | + | EDI: CCS.COM | Feb 09 2021 04:18:00 | Credit Collections Svc, Po Box 773, Needham, MA 02494-0918 |
| 14186720 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 09 2021 03:00:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14127115 | + | EDI: AMINFOFP.COM | Feb 09 2021 04:18:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14127116 | + | EDI: PHINAMERI.COM | Feb 09 2021 04:18:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14127117 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2021 02:54:02 | Merrick Bank, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14127118 | + | EDI: MID8.COM | Feb 09 2021 04:18:00 | Midland Funding, 2365 Northside Dri, San Diego, CA 92108-2709 |
| 14181426 | | EDI: NAVIENTFKASMDOE.COM | Feb 09 2021 04:18:00 | Navient Solutions, Inc. Department of Education, Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14127119 | | EDI: PRA.COM | Feb 09 2021 04:18:00 | Portfolio Recovery, Attn: Bankruptcy, Po Box 41067, Norfolk, VA 23541 |
| 14175478 | + | EDI: JEFFERSONCAP.COM | Feb 09 2021 04:18:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14151286 | | EDI: NEXTEL.COM | Feb 09 2021 04:18:00 | Sprint, Attn Bankruptcy Dept, PO Box 7949, Overland Park KS 66207-0949 |
| 14127120 | | EDI: NEXTEL.COM | Feb 09 2021 04:18:00 | Sprint Nextel Corporation, Attn: Bankruptcy Department, PO Box 172408, Denver, CO 80217-9813 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Chalet Properties III, LLC |
| cr | | Ditech Financial LLC |
| cr | | Duquesne Light Company |
| cr | | Pittsburgh Water & Sewer Authority |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | *+ | U.S. Bank Trust National Association as Trustee of, c/o BSI Financial Services, 1425 Greenway Drive, Suite 400, Irving, TX 75038-2480 |
| 14137773 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 4 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 15-23886-CMB    Doc 96    Filed 02/10/21    Entered 02/11/21 00:40:52    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: lfin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 3180W | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021         Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Lorraine Gazzara Doyle | on behalf of Creditor BSI Financial Services as servicer for Chalet Properties III  LLC lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Charles J. Reeves shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 8